# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEEL SUPPLEMENTS, INC.,

    Plaintiff

v.

BLITZ NV, LLC,

    Defendant

Case No.: 2:21-cv-00585-APG-BNW

**Order Closing Case**

Based on the parties' status report (ECF No. 19) advising the court that this matter has been resolved,

I ORDER that all pending motions are DENIED as moot and the clerk of court is instructed to close this case.

DATED this 4th day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE